**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 11-7372

TANYIN B. HOLLEY, SR.,

              Plaintiff - Appellant,

    v.

RICARDO BRICKERS, Deputy; ANTONIO TOLBERT, Deputy,

              Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Gerald Bruce Lee, District Judge. (1:10-cv-01205-GBL-TRJ)

Submitted: February 16, 2012          Decided: February 22, 2012

Before SHEDD, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Tanyin B. Holley, Sr., Appellant Pro Se. Samuel Lawrence Dumville, NORRIS & ST. CLAIR, P.C., Virginia Beach, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tanyin B. Holley, Sr. appeals the district court's order granting the Defendants' motion for summary judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Holley v. Brickers, No. 1:10-cv-1205-GBL-TRJ (E.D. Va. Sept. 26, 2011). We deny Holley's pending motion for leave to file an amended complaint.[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] We note that we have considered the merits of Holley's deliberate indifference claim, but find no reversible error in the district court's adjudication of it.